UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
16 AUG -2 PM 2:27
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:16-cr- |
| ) | |
| JONATHAN COPE, ) | **1:16-cr-0159 TWP-DKL** |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

18 U.S.C. § 1951(a)
(Interference with Commerce by Robbery)

The Grand Jury charges that:

On or about June 8, 2016, in Hamilton County, within the Southern District of Indiana, Indianapolis Division, the defendant,

JONATHAN COPE,

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce and the movement of articles and commodities in such commerce, by robbery, in that the defendant did unlawfully take and obtain property, that is, United States currency, from the person and in the presence of an employee of Subway located at 9661 Olio Road, McCordsville, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, while the victim engaged in commercial activities as an employee of

Subway, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

18 U.S.C. § 1951(a)
(Interference with Commerce by Robbery)

The Grand Jury further charges that:

On or about June 10, 2016, in Marion County, within the Southern District of Indiana, Indianapolis Division, the defendant,

JONATHAN COPE,

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce and the movement of articles and commodities in such commerce, by robbery, in that the defendant did unlawfully take and obtain property, that is, United States currency, from the person and in the presence of an employee of the Vitamin Shoppe located at 10110 East Washington Street, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, while the victim engaged in commercial activities as an employee of Vitamin Shoppe, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL:

███████████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By:  _____
Peter A. Blackett
Assistant United States Attorney