UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:16-cr-159-TWP-MKK |
| JONATHAN COPE, | ) ) | - 01 |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

On February 5, 2024, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed on November 7, 2023. Defendant appeared in person with his appointed counsel Dominic Martin. The government appeared by Carolyn Haney, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Ryan Sharp.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Docket No.37 .] Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state or local crime."** |
| | On November 5, 2023, Mr. Cope was arrested for Possession of Methamphetamine, a level 5 felony; Resisting Law Enforcement, a level 6 felony; two counts of Possession of a Controlled Substance, a misdemeanor; Possession of Marijuana, a misdemeanor; and Possession of Paraphernalia, a misdemeanor, under cause number 49D20-2311-MC-031277. An initial hearing is scheduled for November 9, 2023. He is presently being held on a $30,000 surety bond. According to the probable cause affidavit, on November 5, 2023, Mr. Cope and his friend, Brandon Watson, were driving around in Mr. Cope's vehicle. Mr. Cope, the driver of the vehicle, disregarded a stop sign which caught the attention of a police officer. The officer activated her emergency lights and attempted to pull the vehicle over. Mr. Cope disregarded the officer, and drove away at a high rate of speed, running an additional stop sign. He eventually pulled the vehicle over. Both Mr. Cope and Mr. Watson quickly jumped out of the vehicle. Mr. Cope became argumentative with the officer and advised there was no probable cause to search his vehicle. The officer observed a glass smoking bowl lying by a brown bag on the driver's side floorboard. The vehicle was searched, and the brown bag initially observed by the officer contained Mr. Cope's license, two baggies of marijuana, approximately 5.6 grams of methamphetamine, a pill bottle containing one benzodiazepine pill and 6 buprenorphine pills, and a pill bottle containing 20 Gabapentin pills. A glass pipe was located on the driver's side floorboard and additional marijuana was found in the trunk. Mr. Watson informed the police officer that they had just left a residence where he believed Mr. Cope had purchased the methamphetamine. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 21 months with no supervision to follow. Defendant requested placement at FCI Milan, Michigan and M.A.T (Medically Assisted Treatment) for opiate addiction.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FCI Milan, Michigan and recommends M.A.T (Medically Assisted Treatment) for opiate addiction while serving his sentence.

The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 2/6/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system